UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MRAZ,<br><br>       Plaintiff(s),<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendant(s). | No. C 07-2672 BZ<br><br>**ORDER GRANTING CONTINUANCE TO FILED MOTION TO SUMMARY JUDGMENT** |

In response to my Order to Show Cause regarding Dismissal for Failure to Prosecute, plaintiff filed a responsive document which I will treat as a request for a continuance to file his motion for summary judgment as required by Civil Local Rule 16-5 and as set forth in the Procedural Order for Social Security Review Actions served on plaintiff. Plaintiff's request for a continuance is **GRANTED**. Plaintiff shall file his motion for summary judgment by no later than **May 5, 2008**.

Plaintiff is admonished that he bears the burden of prosecuting this action by filing a timely motion for summary judgment. Plaintiff has burden of showing that there is not

1

substantial evidence in the administrative record to support the decision to deny payments and whether the Secretary complied with the requirements of the Constitution, the Social Security Act, and the administrative regulations when reaching the decision he is seeking review of.

If plaintiff requires the assistance of counsel in filing the motion for summary judgment, he should contact a social security attorney immediately.  There is also a possibility that he might be able to obtain pro bono counsel by inquiring with the Volunteer Legal Services Program of the Bar Association of San Francisco, (415)782-9000.  However, plaintiff is warned that even if he is unable to obtain counsel, he is required to file the motion for summary judgment by **May 5, 2008.**

The March 5, 2008 hearing on the Order to Show Cause is **HEREBY VACATED.**

Dated: March 3, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MRAZ V. SOCIAL SEC\ORDER GRANTING CONTINUANCE TO FILE MSJ.FINAL.wpd

2