FILED

MAR 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Christopher Mraz
101 Enterprise Drive, #58
Rohnert Park, CA 94928

NIXIE   949   CC   1   00   03/25/08
RETURN TO SENDER
ATTEMPTED   NOT KNOWN
UNABLE TO FORWARD
BC: 94102949910   *0540-02328-04-44

FILED

MAR 3  2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

:S DISTRICT COURT

RICT OF CALIFORNIA

No. C 07-2672 BZ

**ORDER GRANTING CONTINUANCE TO FILED MOTION TO SUMMARY JUDGMENT**

.o Show Cause regarding Dismissal

ntiff filed a responsive

a request for a continuance to

dgment as required by Civil

th in the Procedural Order for

served on plaintiff.

inuance is **GRANTED**. Plaintiff

ary judgment by no later than

hat he bears the burden of

27   prosecuting this action by filing a timely motion for summary
28   judgment. Plaintiff has burden of showing that there is not

1

Copies Mailed to
Parties of Record

```
 1
 2
 3                                                    FILED
 4                        COPY
 5                                                   MAR 3  2008
 6                                              RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
 7                                         NORTHERN DISTRICT OF CALIFORNIA

 8                     UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   CHRISTOPHER MRAZ,             )
                                   )
12          Plaintiff(s),          )   No. C 07-2672 BZ
                                   )
13     v.                          )   ORDER GRANTING CONTINUANCE
                                   )   TO FILED MOTION TO SUMMARY
14   SOCIAL SECURITY               )   JUDGMENT
     ADMINISTRATION,               )
15                                 )
            Defendant(s).          )
16   _____)
```

17      In response to my Order to Show Cause regarding Dismissal
18 for Failure to Prosecute, plaintiff filed a responsive
19 document which I will treat as a request for a continuance to
20 file his motion for summary judgment as required by Civil
21 Local Rule 16-5 and as set forth in the Procedural Order for
22 Social Security Review Actions served on plaintiff.
23 Plaintiff's request for a continuance is **GRANTED**. Plaintiff
24 shall file his motion for summary judgment by no later than
25 **May 5, 2008**.
26      Plaintiff is admonished that he bears the burden of
27 prosecuting this action by filing a timely motion for summary
28 judgment. Plaintiff has burden of showing that there is not

1

Copies Mailed to
Parties of Record

substantial evidence in the administrative record to support the decision to deny payments and whether the Secretary complied with the requirements of the Constitution, the Social Security Act, and the administrative regulations when reaching the decision he is seeking review of.

If plaintiff requires the assistance of counsel in filing the motion for summary judgment, he should contact a social security attorney immediately. There is also a possibility that he might be able to obtain pro bono counsel by inquiring with the Volunteer Legal Services Program of the Bar Association of San Francisco, (415)782-9000. However, plaintiff is warned that even if he is unable to obtain counsel, he is required to file the motion for summary judgment by **May 5, 2008**.

The March 5, 2008 hearing on the Order to Show Cause is **HEREBY VACATED**.

Dated: March 3, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MRAZ V. SOCIAL SEC\ORDER GRANTING CONTINUANCE TO FILE MSJ.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER MRAZ,

        Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION et al,

        Defendant.
        /

Case Number: CV07-02672 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER GRANTING CONTINUANCE TO FILE MOTION TO SUMMARY JUDGMENT**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Mraz
101 Enterprise Drive, #58
Rohnert Park, CA 94928

Shea Lita Bond
Office of the General Counsel
Social Security Administration
333 Market Street   Suite 1500
San Francisco, CA 94105

Dated: March 3, 2008

                                         Richard W. Wieking, Clerk
                                         By: Rose Maher, Deputy Clerk