UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| CHRISTOPHER MRAZ,         )<br>                                           )<br>        Plaintiff,                    )<br>                                           )<br>        v.                               )<br>                                           )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of Social Security, )<br>                                           )<br>        Defendant.                 )<br>_____) | CIVIL NO.  07-cv-02672 BZ<br><br><br><br>JUDGMENT |

   Plaintiff's motion for summary judgment is granted in part, Defendant's motion is denied, and this matter is remanded for further administrative proceedings.  Judgment is entered accordingly.

   IT IS SO ORDERED AND ADJUDGED.


   July 8, 2008
Dated: ~~July , 2008~~                              _____
                                                              BERNARD ZIMMERMAN
                                                              United States Magistrate Judge

